UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ashley A., | Case No. 22-cv-00280 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Kilolo Kijakazi,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Before the Court is the January 30, 2023 Report and Recommendation ("R&R") of United States Magistrate Judge Tony N. Leung. (Dkt. 23.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The January 30, 2023 R&R, (Dkt. 23), is **ADOPTED**.

2. Plaintiff Ashley A.'s motion for summary judgment, (Dkt. 16), is **GRANTED IN PART** and **DENIED IN PART**.

3. Defendant Kilolo Kijakazi's motion for summary judgment, (Dkt. 18), is **DENIED**.

4. This matter is remanded to the Commissioner of the Social Security Administration for further proceedings pursuant to 42 U.S.C § 405(g) (sentence four).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 28, 2023

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge